Michael D. Kimerer #002492
**KIMERER LAW GROUP, P.C.**
2701 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 279-5900
Facsimile: (602) 264-5566
Attorneys for Defendant, Dale Henson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br>vs.<br><br>Dale Henson,<br><br>          Defendant. | No. 2:21CR00601-001<br><br>Defendant Dale Henson's Memorandum in Support of Release |

Defendant Dale Henson, through his attorney Michael D. Kimerer, respectfully requests that this Court order Dale Henson's release from custody pursuant to the Bail Reform Act (BRA) and the Fifth Amendment's Due Process Clause.

The government is seeking pretrial detention for Dale Henson under 18 U.S.C. §3142 et seq. The 9th Circuit, in a leading bail case, has emphatically admonished that Courts "bear in mind that federal law has traditionally provided that a person arrested for a non-capital case shall be admitted to bail". "Only in rare circumstances should release

be denied." *United States vs. Motomedia,* 767 F.2d 1403, 1405 (9th Cir 1985).

As the Supreme Court stated in *United States vs. Salerno*, 481 U.S. 739, 745, 107 S. Ct. 2095, 95 L.Ed.2d 697 (1987), "in the United States, liberty is the norm and detention is the carefully limited exception. The Bail Reform Act of 1984 allows a Court to detain a defendant if no release conditions will reasonably assume the appearance of the person and the safety of any other person in the community".

Specifically, on the limited grounds available under §3142 for pretrial detention the Government is alleging Dale Henson is a flight risk and danger to the community.

NO RISK OF FLIGHT

18 U. S. C. §4142(f)(2)(A) notes that an ordinary risk of flight is not a permissible basis for detention, but only if there is a "serious risk" the defendant will flee. The Government must also show an extreme and unusual risk of willfully fleeing the jurisdiction. See *Corley vs. United States*, 556 U.S. 303, 324 (2002).

Here, Dale Henson has been a lifetime citizen living in the United States, has children living here, been aware of the investigation by the

Arizona Attorney General's office and the United States Government. He is not a flight risk.

PARALLEL STATE INVESTIGATION

One year ago the Arizona Attorney General's Office began investigating Dale Henson and others for the same charges that were alleged in the Indictment the United States Government has filed against the defendant. The State of Arizona filed forfeiture charges and seized all of Dale Henson's properties. He had reached out to the Attorney General's Office to cooperate in their investigation and has allowed all of his properties to be sold and the proceeds held by the Arizona Attorney General's office. Henson retained undersigned counsel as his attorney and conferred with him regularly about the Arizona investigation and the forfeiture action, anticipating formal charges.  He was put on notice in the forfeiture action that any property he acquired, or earnings received, had to be forfeited to the State. So, he was discouraged from working and cannot acquire property without it being subject to forfeiture. He and his wife were supported during this time by his wife's family in Mexico, which explains their frequent trips to Mexico.

At all times Dale kept his attorney advised where he was residing and what he was doing. He recently became aware of the FBI investigation and was anticipating there would be charges filed by either the Arizona Attorney General's Office or the U.S. Government. It's important to note that with this knowledge neither he nor his wife attempted to flee the country and have stood ready to face formal charges.

Dale Henson has no criminal record; has been involved in what are arguably legitimate businesses; has a son attending medical school in Arizona, and a married daughter living in Nevada. Mr. Henson's daughter offered and has agreed to be a third-party monitor for Dale if he is released. He has strong family ties and has never had any intent to flee the country.

Also important is that pre-trial services have recommended Dale Henson be released under restricted conditions. He has agreed to abide by those conditions, if released.

Therefore, it is respectfully requested the Dale Henson be released under the conditions proposed by pretrial services.

1   Respectfully submitted this 22th day of August, 2021.

                              KIMERER LAW GROUP, P.C.

                              /s/ Michael D. Kimerer
                              Michael D. Kimerer
                              Attorney for Defendant, Dale Henson

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2021, I electronically transmitted the foregoing Memorandum ins Support of Release to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Melinda Kovacs: mjkovacs@gmail.com
*Attorney for Co-Defendant Zoila Henson*

Monica B. Klapper: Monica.Klapper@usdoj.gov
*Attorneys for the United States*

By: /s/ Melissa Wallingsford